Case 1:07-cv-02237-JSR   Document 117   Filed 05/07/08   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
IN RE MONSTER WORLDWIDE, INC.        :    07 Civ. 2237 (JSR)
SECURITIES LITIGATION                :
                                          ORDER
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    On April 22, 2008, the Government moved, pursuant to Fed. R. Civ. P. 24(a) and (b), to intervene in the above-captioned case and for an order staying certain discovery in this action for 30 days, with leave to seek an additional stay as appropriate within that 30 day period, i.e. by no later than May 22, 2008. Neither side to the litigation opposed the motion to intervene (which is hereby granted) but plaintiffs opposed the motion for a stay of certain discovery. The Court received briefing from the parties and held oral argument on the matter on April 25, 2008, at which time the Court, believing it to be a close issue, reserved decision on the requested 30-day stay.

    Subsequent to oral argument, however, the Government unsealed an indictment against James J. Treacy, former President and Chief Operating Officer of Monster, see United States v. James J. Treacy, 08 Cr. 366, which has been assigned to the Honorable Robert L. Carter and which is scheduled for an initial pretrial conference before Judge Carter on May 12, 2008. In light of this development, and so that the Court can take into consideration whatever schedule Judge Carter sets at the May 12 conference, the Court hereby grants the Government's request for the stay until May 22, 2008, without, however, thereby implying in any way whether it will grant any further stay. If, during the intervening period, the Government

moves for a further stay, the Court will then convene an in-court hearing to further evaluate the motion.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         May 6, 2008