```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
IN RE MONSTER WORLDWIDE, INC.            :    07 Civ. 2237 (JSR)
SECURITIES LITIGATION                    :
---------------------------------------- x         ORDER
```

JED S. RAKOFF, U.S.D.J.

On April 22, 2008, the Government moved for an order staying certain discovery in this action for 30 days, with leave to seek an additional stay as appropriate within that 30 day period. On April 30, 2008, the Government unsealed an indictment against James J. Treacy, former President and Chief Operating Officer of Monster, see United States v. James J. Treacy, 08 Cr. 366. The criminal case has been assigned to the Honorable Robert L. Carter, who held a scheduling conference in the matter on May 12, 2008. On May 6, 2008, this Court granted the Government's request for a stay until May 22, 2008 so that the Court could take into consideration whatever schedule Judge Carter set at the above-mentioned criminal conference. By letter dated May 19, 2008, the Government informed the Court that Judge Carter scheduled a trial in the criminal matter to begin on August 4, 2008 and to last 4 weeks. The Government requested an extension of the stay until September 5, 2008. On June 2, 2008 at 4:30 p.m., the Court will hold an in-court hearing to further evaluate the Government's motion. Therefore, the stay is hereby extended until June 2, 2008.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         May 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-08