UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────── x
                                :
IN RE MONSTER WORLDWIDE, INC.,  : 07-cv-02237 (JSR)
SECURITIES LITIGATION           :
                                :
                                :
                                :
                                :
─────────────────────────────── x


## NOTICE OF CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

PLEASE TAKE NOTICE that on September 29, 2008 at 1:00 p.m., or as soon thereafter as counsel may be heard, Class Representative Middlesex County Retirement System will move before the Honorable Jed S. Rakoff, U.S.D.J., at the Federal Courthouse, 500 Pearl Street, New York, New York 10007 for an order pursuant to Federal Rule of Civil Procedure 23(e) for preliminary approval of a proposed Class settlement, approval of the forms of notice and other matters related to issuing notice to the Class.

PLEASE TAKE FURTHER NOTICE that a Stipulation and Agreement of Settlement and a proposed Preliminary Approval Order Providing for Notice and Hearing in Connection With Proposed Class Action Settlement, each with annexed exhibits, are being filed herewith.

Dated: New York, New York
       September 24, 2008

                                        LABATON SUCHAROW LLP

                                By:     /s/ Mark S. Arishon
                                        ────────────────────

                                        Mark S. Arisohn (MA-2364)
                                        Christopher Keller  (CK-2347)
                                        Jonathan Gardner (JG-8512)
                                        Nicole M. Zeiss (NZ-3894)
                                        140 Broadway

New York, New York 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477

*Class Counsel for Middlesex County
Retirement System as Class Representative
and the Class*

To:    David S. Hoffner
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036

*Attorneys for Defendant Monster Worldwide, Inc.*

Brian A. Herman
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendant Myron Olesnyckyj*

Steven F. Reich
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036

- and -

Andrew C. DeVore, Esq.
DEVORE & DEMARCO LLP
99 Park Avenue, 16th Floor
New York, New York  10016

*Attorneys for Defendant Andrew J. McKelvey*