```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MONSTER WORLDWIDE, INC. SECURITIES LITIGATION | 07-cv-02237 (JSR) |

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND AND GRANTING OTHER RELATED RELIEF 

WHEREAS Class Representative Middlesex County Retirement System, on behalf of the certified Class, has moved this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure and the Final Order and Judgment, for an order: (1) authorizing distribution of the Net Settlement Fund[1] to Authorized Claimants, as identified by the claims administrator, including certain late claimants; (2) deeming timely the 460 otherwise properly documented claims that were filed after the applicable postmark deadline; (3) authorizing payment of the fees charged and expenses incurred by the claims administrator, Berdon Claims Administration LLC ("Berdon"), including estimated expenses for completion of the distribution, in the amount of $149,013.92; (4) authorizing payment of the balance of the attorneys' fees awarded to Class Counsel, but withheld pending distribution of the settlement fund; and (5) authorizing the destruction of paper and electronic claim forms, and related documentation, three years after distribution of the Net Settlement Fund, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

---

[1] All defined terms used herein have the same meaning as that set forth in the Stipulation and Agreement of Settlement, dated as of September 24, 2008.

-2-

1. The motion is granted in its entirety.

2. The Net Settlement Fund shall be distributed forthwith to Authorized Claimants, as identified by Berdon, including certain late claimants, consistent with the Plan of Allocation for the Net Settlement Fund previously approved by the Court.

3. The 460 otherwise properly documented claims that were submitted after the January 5, 2009 postmark deadline are hereby deemed timely.

4. Berdon shall be paid fees and expenses from the Net Settlement Fund, including estimated expenses for completion of the distribution, in the total amount of $149,013.92.

6. Upon the filing of an affidavit attesting to the mailing of checks to Authorized Claimants, the balance of the attorneys' fees awarded to Class Counsel, but withheld pending distribution of the settlement fund, may be paid to Class Counsel.

5. Three years after distribution of the Net Settlement Fund, Berdon is authorized to destroy paper and electronic claim forms, and related documentation, submitted in connection with this matter.

IT IS SO ORDERED.

DATED: 8/18/09

THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE